IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-110-D

| | |
|---|---|
| CHARLES GRAHAM JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CRICKET COUNCIL USA, INC., ) | |
| and MOHAMMED QURESHI, ) | |
| ) | |
| Defendants. ) | |

In light of plaintiff's amended complaint, the court DISMISSES as moot defendants' motion to dismiss [D.E. 12],

SO ORDERED. This 1 day of May, 2023.

JAMES C. DEVER III
United States District Judge